**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOWFEQ ZARIF, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC. and POWERSCHOOL GROUP, LLC,<br><br>Defendants. | Case No. 2:25-cv-00259-JDP<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT |

**[PROPOSED] ORDER**

The Court ORDERS as follows:

The time for Defendants to move, answer or otherwise respond to the Complaint shall be extended until such time as the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion before it in this case and the related actions (the "MDL Motion").

If the pending MDL Motion seeking transfer for multidistrict litigation pretrial proceedings is granted, the time for Defendants to move, answer, or otherwise respond to the Complaint shall be extended until a consolidated scheduling order is entered by a transferee court.

If the pending MDL Motion is denied, the time for Defendants to move, answer, or otherwise respond to the Complaint shall be 30 days from the date of such order denying centralization.

IT IS SO ORDERED.

Dated:   March 17, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT